**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WOELFFER, KIM | ) | |
| | ) | CASE NO. 05 B 35120 |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>       At:   U.S. BANKRUPTCY COURT
>             219 South Dearborn, Courtroom 744
>             Chicago, Illinois 60604
>
>       on:   **July 15, 2008**
>       at:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                   $       6,003.92

    b. Disbursements                              $           6.95

    c. Net Cash Available for Distribution $    5,996.97

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| David P. Leibowitz | $ 0.00 | $ 1,350.39 | $ |
| David P. Leibowitz | $ 0.00 | $ | $ 83.00 |
| Lakelaw | $ 0.00 | $ 1,610.00 | $ |
| Lakelaw | $ 0.00 | $ | $ 24.43 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $15,474.12, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $18.93%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Citibank South Dakota NA Citibank/Choice | $ 15,474.12 | $ 2,929.15 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site,

*www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **June 17, 2008**          For the Court,

                              By: **KENNETH S. GARDNER**
                                  Kenneth S. Gardner
                                  Clerk of the United States Bankruptcy Court
                                  219 S. Dearborn Street, 7th Floor
                                  Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

05-35120    Doc 49    Filed 06/17/08    Entered 06/20/08 00:51:34    Desc Imaged
              Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1            Date Rcvd: Jun 17, 2008
Case: 05-35120                Form ID: pdf002            Total Served: 14

The following entities were served by first class mail on Jun 19, 2008.
db           +Kim Woelffer,   1788 Queensbury Circle,   Hoffman Estates, IL 60169-6838
aty           David P Leibowitz,   Leibowitz Law Center,   420 W. Clayton,   Waukegan, IL 60085-4216
aty          +Laura Barrientos-Du Vall,   Leibowitz Law Center,   420 West Clayton Street,
               Waukegan, Il 60085-4216
aty          +Neal Gainsberg,   Staver & Gainsberg, P C,   120 W Madison St,   Suite 520,
               Chicago, IL 60602-4302
aty          +Sharanya Gururajan,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
9767451      +Blackhawk Credit Loan,   2640 W. Court Street,   Janesville, WI 53548-3370
9767449       Citibank South Dakota NA,   Citibank/Choice,   Exception Payment Processing,   PO Box 6305,
               The Lakes, NV 88901-6305
9767448      +First National Bank of Park Falls,   110 N, Second Ave.,   Park Falls, WI 54552-1214
9767447       Ford Credit,   P.O. Box 219825,   Kansa City, MO 64121-9825
9767445      +Ocwen Federal Bank FSB,   12650 Ingenuity Drive,   Orlando, FL 32826-2717
9767450      +U.S. Bank Nat. Assoc c/o,   Johnson, Blumberg & Associates, LLC,   39 S. LaSalle St., Suite 400,
               Chicago, IL 60603-1626
10613423     +U.S. Bank National Association ND,   Johnson Blumberg & Associates,   39 S LaSalle St Suite 400,
               Chicago, IL 60603-1626

The following entities were served by electronic transmission on Jun 18, 2008.
9767446       E-mail/Text: WCCEBMB@WIN.ML.COM                          Wilshire Credit Corp.,   P.O. Box 8517,
               Portland, OR 97207-8517
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                               TOTALS: 0, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2008**           **Signature:**     *Joseph Speetjens*