**Form 2**

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-35120 ERW | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | WOELFFER, KIM | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | 13-7496527 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/19/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/06 | {1} | TCF National Bank/Woelffer | Purchase of the Trustee's interest in estate | 1110-000 | 6,000.00 | | 6,000.00 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.19 | | 6,002.19 |
| 03/16/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.7000% | 1270-000 | 1.73 | | 6,003.92 |
| 03/16/06 | | To Account #********7566 | in preparation of TFR | 9999-000 | | 6,003.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,003.92 | 6,003.92 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,003.92 | |
| | | | **Subtotal** | | 6,003.92 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,003.92** | **$0.00** | |

Exhibit B

{} Asset reference(s)   Printed: 08/19/2008 10:47 AM   V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-35120 ERW | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | WOELFFER, KIM | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****75-66 - Checking Account |
| Taxpayer ID #: | 13-7496527 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/19/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/06 | | From Account #********7565 | in preparation of TFR | 9999-000 | 6,003.92 | | 6,003.92 |
| 03/24/08 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #05-35120 | 2300-000 | | 6.95 | 5,996.97 |
| 07/16/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,350.39, Trustee Compensation;  Reference: | 2100-000 | | 1,350.39 | 4,646.58 |
| 07/16/08 | 103 | Leibowitz Law Center | Dividend paid 100.00% on $1,610.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,610.00 | 3,036.58 |
| 07/16/08 | 104 | Leibowitz Law Center | Dividend paid 100.00% on $24.43, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 24.43 | 3,012.15 |
| 07/16/08 | 105 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $83.00, Trustee Expenses;  Reference: | 2200-000 | | 83.00 | 2,929.15 |
| 07/16/08 | 106 | Citibank South Dakota NA Citibank/Choice | Dividend paid  18.92% on $15,474.12; Claim# 3; Filed: $15,474.12; Reference: | 7100-000 | | 2,929.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6,003.92** | **6,003.92** | **$0.00** |
| | | | Less: Bank Transfers | | 6,003.92 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **6,003.92** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,003.92** | |

{} Asset reference(s)

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-35120 ERW | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** WOELFFER, KIM | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****75-66 - Checking Account |
| **Taxpayer ID #:** 13-7496527 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 08/19/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****75-65** | 6,003.92 | 0.00 | 0.00 |
| **Checking # ***-*****75-66** | 0.00 | 6,003.92 | 0.00 |
| | **$6,003.92** | **$6,003.92** | **$0.00** |

{} Asset reference(s)                                                                                                                        Printed: 08/19/2008 10:47 AM    V.10.54